George J. Wall, OSB #93451
gwall@eastpdxlaw.com
1336 E Burnside Street, Suite 130
Portland, Oregon 97214
Telephone: (503) 236-0068
Fax: (503) 236-0028

Attorney for Plaintiff, David L. Sterns

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID L. STERNS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Case No. 3:11-cv-00060-RE<br><br><br><br><br>STIPULATION AND ORDER<br>AWARDING ATTORNEY FEES<br>PER EAJA |

On April 27, 2012 the Court entered judgment remanding this case back to the

Commissioner for payment of benefits.  The parties named above through their

respective attorneys hereby agree that attorney fees in the amount of $4,615.99 as

provided in the Equal Access to Justice Act (EAJA), 28 USC 2412(d), should be

awarded to Plaintiff, David Sterns.

Dated May 21, 2012:

        /s/ George J. Wall                          /sBenjamin Groebner
        George J. Wall, OSB #93451          Benjamin Groebner
        gwall@eastpdxlaw.com                 Office of General Counsel
        Telephone: (503) 236-0068           benjamin.groebner@ssa.gov
        Fax: (503) 236-0028                      Telephone: (206)615-2494
        Attorney for Plaintiff David Sterns    Fax: (206)615-2531

Page 1 – STIPULATION AND ORDER AWARDING ATTORNEY FEES

Per the stipulation of the parties, the Court orders that attorney fees in the amount of $4,619.99 shall be awarded to Plaintiff, David Sterns, pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.

Signed: _____     Dated _05. 23. 12_

Judge, U.S. District Court
District of Oregon

Order prepared by:

/s/ George J. Wall
George J. Wall, OSB #934515
Attorney for Plaintiff, David Sterns
1336 E. Burnside St., Suite 130
Portland OR 97214

Dated:  May 21, 2012

/s/ George Wall
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff David L. Sterns

Page 2 – STIPULATION AND ORDER AWARDING ATTORNEY FEES