George J. Wall, OSB #93451
gwall@eastpdxlaw.com
1336 E Burnside Street, Suite 130
Portland, Oregon 97214
Telephone: (503) 236-0068
Fax: (503) 236-0028

Attorney for Plaintiff, David L. Sterns

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID L. STERNS, | Case No. 3:11-cv-00060-RE |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ORDER AWARDING ATTORNEY FEES PER 42 U.S.C. 406(B) |
| Defendant. | |

On April 27, 2012 the Court entered judgment remanding this case back to the Commissioner for payment of benefits, and on May 16, 2012 the Commissioner issued a Notice of Award awarding claimant $47,652.00 in retroactive benefits.

The Court approves claimant's counsel's motion for an award of attorney fees pursuant to §206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1) in the amount of $11,913.00 and orders payment of that amount to claimant's counsel.

Dated:

PROPOSED ORDER AWARDING ATTORNEY FEES

Signed: /s/ [signature]   Dated 07.22.12
Judge, U.S. District Court
District of Oregon

Order prepared by:

/s/ George J. Wall
George J. Wall, OSB #934515
Attorney for Plaintiff, David Sterns
1336 E. Burnside St., Suite 130
Portland OR 97214

Dated: July 16, 2012.

/s/ George Wall
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff David L. Sterns

PROPOSED ORDER AWARDING ATTORNEY FEES